No. 304, Misc. TRAMAGLINO *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.;

No. 358, Misc. ROBINSON *v.* UNITED STATES; and

No. 367, Misc. GRIMM *v.* WASHINGTON. Motions for leave to file petitions for writs of mandamus denied.

No. 317, Misc. EASON *v.* ELLIS, GENERAL MANAGER, STATE PENITENTIARY OF TEXAS;

No. 364, Misc. ALVIN *v.* BANNAN, WARDEN; and

No. 373, Misc. HILL *v.* UNITED STATES ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 339, Misc. HOWELL *v.* UNITED STATES. Motion for leave to file petition for writ of *coram nobis* denied.

No. 346, Misc. QUEEN *v.* U. S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE; and

No. 361, Misc. IN RE DE MERIT. Applications denied.

No. 485. UNITED STATES GYPSUM Co. *v.* NATIONAL GYPSUM Co. ET AL. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. MR. JUSTICE CLARK took no part in the consideration or decision of this question. *Bruce Bromley, Cranston Spray, Robert C. Keck* and *Hugh Lynch, Jr.* for appellant. *Elmer Finck, Samuel I. Rosenman, Seymour D. Lewis, Malcolm A. Hoffmann* and *Seymour Krieger* for the National Gypsum Co., *Herbert W. Hirsh, Norman A. Miller* and *Ganson Purcell* for the Certain-Teed Products Corporation, *Benjamin P. DeWitt* and *Sidney Pepper* for the Newark Plaster Co., and *Joseph S. Rippey* for the Ebsary Gypsum Co., Inc., appellees.